394 A.2d 627

Roberts v. Sheraton Corporation of America, et al., Appellants, et al.

■■ Argued June 14, 1978.  Edgar R. Casper, with him William M. Gross, for appellants, Sheraton Corp. of America and Archris Hotel Corp.;  Lewis H. Markowitz, for appellee, Roberts;  No appearance entered nor briefs submitted for appellees, Fairview Township and Diller.

Order affirmed.